**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: ROGER L. REUBER        §     Case No. 09-71037
       LISA K. REUBER         §
                              §
         Debtors              §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/20/2009.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/07/2009.

5) The case was dismissed on 10/09/2009.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $10,346.07.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 1,095.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,095.00 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 67.37 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 67.37 |
| Attorney fees paid and disclosed by debtor: | $ 1,843.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| LEGAL HELPERS PC | Lgl | 3,500.00 | 3,966.00 | 3,966.00 | 0.00 | 0.00 |
| THOMAS D LUCHETTI PC | Sec | 12,000.00 | 13,900.00 | 13,500.00 | 1,027.63 | 0.00 |
| THOMAS D LUCHETTI PC | Uns | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 |
| KARLA BECKMEIER | Pri | 12,000.00 | 30,697.15 | 30,697.15 | 0.00 | 0.00 |
| AARONS SALES & LEASE | Uns | 126.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 2,196.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Uns | 4,932.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Uns | 3,460.00 | 2,722.61 | 2,722.61 | 0.00 | 0.00 |
| JAMES GRUDUS ESQ | Uns | 224.00 | 198.63 | 0.00 | 0.00 | 0.00 |
| BEGINNING READERS PROGRAM | Uns | 19.00 | NA | NA | 0.00 | 0.00 |
| BETTER HOME & GARDENS | Uns | 22.00 | NA | NA | 0.00 | 0.00 |
| CCS / FIRST SAVINGS BANK | Uns | 694.00 | NA | NA | 0.00 | 0.00 |
| CHAD REEDY DDS | Uns | 326.00 | NA | NA | 0.00 | 0.00 |
| CINDY LIGHTFOOT | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 725.00 | NA | NA | 0.00 | 0.00 |
| COMED CO | Uns | 1,200.00 | 1,657.03 | 1,657.03 | 0.00 | 0.00 |
| COMCAST CORRESPONDENCE | Uns | 200.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| COUNTRYWIDE HOME LENDING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECT ASSOC | Uns | 97.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 306.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT INC | Uns | 292.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT, INC. | Uns | 292.00 | NA | NA | 0.00 | 0.00 |
| DIAMOND FAMILY MEDICAL | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 93.00 | NA | NA | 0.00 | 0.00 |
| FIGIS | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 1,051.00 | 1,752.94 | 1,752.94 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 726.00 | 740.63 | 740.63 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF MARIN / | Uns | 447.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 447.00 | 447.45 | 447.45 | 0.00 | 0.00 |
| FIRST SAVINGS BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GENERAL CASUALTY | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| GERALD SHELTON | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC / TAX | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTH CARE | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| INSIGHT | Uns | 98.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 1,137.00 | 1,137.97 | 1,137.97 | 0.00 | 0.00 |
| JOHN PIPPEL | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| KALIVODA & SHELTON | Uns | 334.00 | NA | NA | 0.00 | 0.00 |
| LOAN SHOP | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| LOGLIES SUPERMARKET | Uns | 209.29 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 781.00 | 797.98 | 797.98 | 0.00 | 0.00 |
| MCI | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| MEMBER ALLIANCE | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Uns | 958.00 | 958.35 | 958.35 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 704.00 | 705.98 | 705.98 | 0.00 | 0.00 |
| MONCO LAW | Uns | 1,078.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 98.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,788.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 847.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,513.00 | 183.04 | 183.04 | 0.00 | 0.00 |
| ORIENTAL TRADING COMPANY | Uns | 100.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| OSF HEALTHCARE SYSTEM | Uns | 7,534.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RC | Uns | 191.00 | NA | NA | 0.00 | 0.00 |
| POSTAL ENTERPRISE INC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Uns | 31.00 | NA | NA | 0.00 | 0.00 |
| PUZZLE BUZZ | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| REWARDS 66 | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS FUNDING LLC | Uns | 49.00 | 49.85 | 49.85 | 0.00 | 0.00 |
| ROCK VALLEY CREDIT UNION | Uns | 742.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 671.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 1,077.00 | 1,801.63 | 1,801.63 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 671.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY ASSOC | Uns | 54.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD REGISTER STAR | Uns | 28.00 | NA | NA | 0.00 | 0.00 |
| RPM | Uns | 730.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 724.00 | 724.67 | 724.67 | 0.00 | 0.00 |
| STEVEN D. POOLEY DDS | Uns | 26.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 839.00 | 839.13 | 839.13 | 0.00 | 0.00 |
| TASTE OF HOME | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TELECHECK RECOVERY DEPT | Uns | 274.00 | NA | NA | 0.00 | 0.00 |
| THE BEGINNERS READER | Uns | 18.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Uns | 105.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 154.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY STATES | Uns | 314.35 | NA | NA | 0.00 | 0.00 |
| STEVE LASIEWICZ | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| LTD COMMODITIES LLC | Uns | 0.00 | 133.45 | 133.45 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 797.98 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 1,524.60 | 1,524.60 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 13,500.00 | $ 1,027.63 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 13,500.00 | $ 1,027.63 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 30,697.15 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 30,697.15 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 16,577.31 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 67.37 |
| Disbursements to Creditors | $ 1,027.63 |
| **TOTAL DISBURSEMENTS:** | $ 1,095.00 |

   12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  12/29/2009   By:  /s/ Lydia S. Meyer
             Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.